UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-21123-CMA

RENZO BARBERI,

    Plaintiff,

vs.

VICKY'S TIRE FORMULA 1, INC., a Florida Profit Corporation, and TOMAS D. FONSECA, an Individual

    Defendants.
_____/

## NOTICE OF HEARING

YOU ARE HEREBY NOTIFIED that the above styled cause will be called for a discovery hearing before the **Honorable Jonathan Goodman** at **99 N.E Fourth Street, 11th Floor, Courtroom 3, Miami, Florida 33132,** on **December 1, 2017, at 5:30 p.m.**

### Substance of Discovery Matter to be Heard

Defendants request sanctions to be imposed upon Plaintiff for failure of Plaintiff's counsel to appear at the deposition noticed for October 10, 2017 and failure of Plaintiff's expert, Jon Kronillis to appear at the deposition noticed for November 14, 2017.

### Local Rule 7.1(a)(3) Certification

Pursuant to Local Rule 7.1(a)(3), counsel for the movant conferred with counsel for Plaintiff, Renzo Barberi, on November 14, 2017 via telephone in a good faith effort to resolve the issues raised above prior to setting the hearing and have been unable to reach an agreement.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document

is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        Respectfully submitted,

        By: /s/ Kenneth L. Minerley
        Kenneth L. Minerley
        Fla. Bar No. 521840
        Primary Email:
        Ken@minerleyfein.com
        Ashley Williams
        Fla. Bar No. 0119632
        Ashley@minerleyfein.com

        **MINERLEY FEIN, P.A.**
        *Attorneys for Defendants*
        1200 N. Federal Highway, Suite 420
        Boca Raton, FL 33432
        Phone:    561/362-6699
        Fax:       561/447-9884
        Litigation@minerleyfein.com
        Fileclerk@minerleyfein.com