UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-21123-CIV-ALTONAGA/Goodman

**RENZI BARBERI**,

    Plaintiff,

v.

**VICKY'S TIRE FORMULA 1, INC.**, *et al.*,

    Defendants.
_____/

## ADMINISTRATIVE ORDER CLOSING CASE

**THIS CAUSE** came before the Court on Plaintiff's Unopposed Motion to Continue Trial, filed on December 19, 2017 [ECF No. 57]. In the Motion, Plaintiff requests a continuance of the January 8, 2018 trial for medical reasons that will impact his ability to properly prepare for trial; his proposed order requests an April trial date. After careful consideration of the Motion, and being fully advised, it is

**ORDERED AND ADJUDGED** that the Clerk of the Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes only, and all pending motions are **DENIED** as moot. The Court nonetheless retains jurisdiction and the case shall be restored to the active docket upon Plaintiff's notification he is recovered sufficiently to proceed with the case. This Order shall not prejudice the rights of the parties to this litigation.

**DONE AND ORDERED** in Miami, Florida this 20th day of December, 2017.

                                                            **CECILIA M. ALTONAGA**
                                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record